**Simon NEWMAN, Petitioner— Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 08–7593.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2009.

Decided: March 11, 2009.

Simon Newman, Appellant Pro Se. Daniel W. Dickinson, Jr., Office of the United States Attorney, Rita R. Valdrini, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Simon Newman appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Newman's complaint under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–2680 (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Newman's motion to compel production of documents and affirm for the

reasons stated by the district court. *Newman v. United States,* No. 1:07–cv–00121–IMK–JES, 2008 WL 2873266 (N.D. W. Va. July 22, 2008); 2008 WL 3540468 (Aug. 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*